

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00500-CV

**IN THE INTEREST OF B.G.R.**, A Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00717
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:        Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  September 4, 2013

DISMISSED FOR WANT OF PROSECUTION

Appellant Miguel Rodriguez appeals from the trial court's judgment signed May 28, 2013. The clerk's record was due August 5, 2013, ten days after the notice of appeal was filed on July 26, 2013. TEX. R. APP. P. 35.1(b). On August 7, 2013, the District Clerk of Bexar County filed a notification of late record stating the clerk's record would not be timely filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee. On August 8, 2013, we ordered appellant to provide written proof to this court on or before August 13, 2013 that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) he is entitled to appeal without paying the clerk's fee. We cautioned appellant that if he failed to respond within the time provided, his appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant has

not responded to our order.  We therefore order this appeal dismissed for want of prosecution.  *See id*.

PER CURIAM